OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed.
 

 
 *827
 
 Defendant appeals from an order of the Appellate Division which affirmed an order of County Court that denied defendant’s motion under CPL 440.10 to set aside his conviction of murder in the second degree (Penal Law § 125.25 [2]) and criminal possession of a weapon in the fourth degree (Penal Law § 265.01 [2]).
 

 The People concede that they failed to provide a record of judgment of conviction of a witness called by the People at trial
 
 (see,
 
 CPL 240.45 [1] Do]). In addition, the People concede that the witness in question testified untruthfully about his criminal record during his direct examination. Upon our review of the record, which demonstrated overwhelming evidence of defendant’s guilt, we conclude that there is no reasonable possibility that either error contributed to the jury’s verdict
 
 (see, People v Steadman,
 
 82 NY2d 1, 9;
 
 People v Vilardi,
 
 76 NY2d 67, 77).
 

 Chief Judge Kaye and Judges Titone, Bellacosa, Smith, Levine, Ciparick and Wesley concur.
 

 Order affirmed in a memorandum.